**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIELLE CARTER, ZOE MARSH LEIGH, and GERARDO NEGRETE,<br><br>Plaintiffs,<br><br>v.<br><br>CHICAGO TEACHERS UNION LOCAL #1, NORA FLANAGAN, CTU DOE MEMBER #1, and UNKNOWN CTU DOE MEMBERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 26 CV 04250<br><br>Judge John J. Tharp, Jr. |

**JUDGMENT ORDER**

This action having been dismissed for lack of subject matter jurisdiction by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendants Chicago Teachers Union Local No. 1 and Nora Flanagan against plaintiffs Danielle Carter, Zoe Marsh Leigh, and Gerardo Negrete.

Date: September 25, 2026

John J. Tharp, Jr.
United States District Judge